FILED
CLERK, U.S. DISTRICT COURT
SEP 02, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHRIS SHELTON, on behalf of himself, all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAL HAYS CONSTRUCTION, INC., a California Corporation; and DOES 1 to 100, Inclusive.<br><br>Defendants. | CASE NO. 5:16-cv-00360-VAP-KK<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO STAY PENDING SETTLEMENT** |

Pursuant to the Joint Stipulation between Plaintiff Chris Shelton ("Plaintiff") and Defendant Hal Hays Construction, Inc. ("Defendant") to stay this matter pending the settlement in this matter and the parties' intent to seek Court approval of this settlement:

/ / /

4823-0169-8615.1

LEWIS
BRISBOIS

1  / / /

2  **IT IS HEREBY ORDERED** that this matter is hereby stayed in light of the
3  parties' settlement and pending the filing of preliminary and final approval papers.
4  **The parties are ordered to appear before the court on October 3, 2016 for a**
5  **status conference.  If a motion for preliminary approval is filed before that**
6  **date, the Court will vacate the status conference.**
7  **IT IS SO ORDERED.**

DATED: September 02, 2016

By: *Virginia A. Phillips*
　　　The Honorable Virginia A. Phillips
　　　United States District Judge